UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Linda Parady, | Case No. 6:25-cv-06173-FPG-CDH |
| Plaintiff, | Hon. Colleen D. Holland |
| v. | |
| M&T Bank | **NOTICE OF CHANGE OF ADDRESS** |
| Defendant. | |

PLEASE TAKE NOTICE that J. Morgan Levy Firm, PLLC, counsel for Plaintiff Linda Parady, has changed its address. Effective immediately, all correspondence and service should be directed to:

**J. Morgan Levy Firm, PLLC**
**6 N Main St, Ste 230**
**Fairport, NY 14450**

All other contact information for counsel remains unchanged unless otherwise indicated above.

Dated:  June 9, 2026
          Rochester, New York

Respectfully submitted,

/s/ J. Morgan Levy
J. Morgan Levy, Esq.
J. Morgan Levy Firm, PLLC
*Attorneys for Plaintiff*
6 N Main Street, Ste 230
Fairport, NY 14450
E: morgan@jmorganlevyfirm.com
P: 585-678-1160
F: 585-973-0013

CC: All Attorneys of Record via PACER

1